Mark S. Askanas (State Bar No. 122745)
Robert Yang (State Bar No. 312964)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Mark.Askanas@jacksonlewis.com
E-mail: Rob.Yang@jacksonlewis.com

Attorneys for Defendant
HAHN FAMILY WINES

John Drake Sager
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
E-mail: jsager@grsm.com

Attorneys for Defendant
ALEJANDRO CORTES

Jeffrey Bennett Workman
LAW OFFICES OF J.B. WORKMAN
885 Bryant St.
Floor 2
San Francisco, CA 94103
Telephone: (415) 722-1157
Facsimile (415) 581-0887
Email: jworkman@workmanlawoffices.com

Attorneys for Plaintiff
GINA MADRID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| GINA MADRID,<br><br>    Plaintiffs,<br><br>vs.<br><br>HAHN FAMILY WINES, ALEJANDRO CORTEZ and DOES 1 through 100,<br><br>    Defendants. | Case No. 5:20-cv-05401-NC<br><br>**ORDER GRANTING JOINT REQUEST FOR CONDITIONAL DISMISSAL AND VACATING ALL DEADLINES**<br><br>Trial Date:  August 8, 2022 |

**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION**

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: Plaintiff GINA MADRID ("Plaintiff") and Defendants Hahn Family Wines and Alejandro Cortez ("Defendants") have agreed to settle the above-captioned matter, subject to the completion of terms and conditions specified in the Settlement Agreement and General Release ("Agreement"). Pursuant to the terms of the Agreement, Plaintiff will request dismissal of this entire Action, with prejudice, upon satisfaction of the conditions set forth therein.

In light of this conditional settlement, and pursuant to Local Rule 6-2, the Parties, by and through their respective counsel, stipulate and agree as follows:

Whereas, the Parties have agreed to settle the matter in accordance with the terms set forth in the Agreement;

Whereas, the Parties expect such conditions of settlement (disbursement of settlement funds) to be completed within 60 days of the filing of this notice and stipulation;

Whereas, the Parties stipulate and jointly request an order conditionally dismissing the case, with leave to reinstate on or before 60 days for the purpose of proceeding with the litigation in the event settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice. The parties further request that the Court vacating all deadlines governing this case, including all upcoming court hearings.

IT IS SO STIPULATED.

Dated: May 11, 2022                                JACKSON LEWIS P.C.

By:   /s/ Mark S. Askanas
      Mark S. Askanas
      Robert Yang
      Attorneys for Defendant
      HAHN FAMILY WINES

| | |
|---|---|
| Dated:  May 11, 2022 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By:  /s/ John Drake Seger<br>      John Drake Seger<br>      Attorneys for Defendant<br>      ALEJANDRO CORTES |

*John Drake Seger, counsel for Co-Defendant Alejandro Cortes, authorized submission of his e-signature on this document in writing, by e-mail dated May 11, 2022.

| | |
|---|---|
| Dated:  May 11, 2022 | LAW OFFICES OF J.B. WORKMAN |
| | By:  /s/ Jeffrey Bennett Workman<br>      Jeffrey Bennett Workman<br>      Attorneys for Plaintiff<br>      GINA MADRID |

*Jeffrey Bennett, counsel for Plaintiff Gina Madrid, authorized submission of his e-signature on this document in writing, by e-mail dated May 11, 2022.

**ORDER**

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 60 days for the purpose of proceeding with the litigation in the event settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS FURTHER ORDERED that all case deadlines are hereby vacated, including all upcoming hearings.

IT IS SO ORDERED.

Dated:  May 11, 2022          By: _____
                                   HON. NA
                                   United Sta



4879-8068-8671, v. 1