Mark S. Askanas (State Bar No. 122745)
Robert Yang (State Bar No. 312964)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Mark.Askanas@jacksonlewis.com
E-mail: Rob.Yang@jacksonlewis.com

Attorneys for Defendant
HAHN FAMILY WINES

John Drake Sager
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
E-mail: jsager@grsm.com

Attorneys for Defendant
ALEJANDRO CORTES

Jeffrey Bennett Workman
LAW OFFICES OF J.B. WORKMAN
885 Bryant St.
Floor 2
San Francisco, CA 94103
Telephone: (415) 722-1157
Facsimile (415) 581-0887
Email: jworkman@workmanlawoffices.com

Attorneys for Plaintiff
GINA MADRID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| GINA MADRID,<br><br>    Plaintiffs,<br><br>vs.<br><br>HAHN FAMILY WINES, ALEJANDRO CORTEZ and DOES 1 through 100,<br><br>    Defendants. | Case No. 5:20-cv-05401-NC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:  August 8, 2022 |

Plaintiff Gina Madrid ("Plaintiff") and Defendants Hahn Family Wines and Alejandro Cortes ("Defendants") and through their counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby respectfully stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this entire action, with each party to bear her/its own attorney's fees and costs.

Dated: June 8, 2022              JACKSON LEWIS P.C.

                                 By:   /s/ Mark S. Askanas
                                       Mark S. Askanas
                                       Robert Yang
                                       Attorneys for Defendant
                                       HAHN FAMILY WINES

                                 *Mark S. Askanas, counsel for Defendant Hahn Family Wines, authorized submission of his e-signature on this document in writing, by e-mail dated June 8, 2022

Dated: June __, 2022             GORDON REES SCULLY MANSUKHANI, LLP

                                 By:   /s/ John Drake Seger
                                       John Drake Seger
                                       Attorneys for Defendant
                                       ALEJANDRO CORTES

                                 *John Drake Seger, counsel for Co-Defendant Alejandro Cortes, authorized submission of his e-signature on this document in writing, by e-mail dated ___

Dated: June __, 2022             LAW OFFICES OF J.B. WORKMAN

                                 By:   /s/ Jeffrey Bennett Workman
                                       Jeffrey Bennett Workman
                                       Attorneys for Plaintiff
                                       GINA MADRID

**ORDER**

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated:   June 13, 2022

By: _____
HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

4856-7752-2206, v. 1